UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROUTE CONSULTANTS, INC., a Tennessee corporation; Crypto Quo, LLC, a Tennessee limited liability company; and BLOCKLEAF LLC,<br><br>Plaintiffs,<br><br>v.<br><br>E3 NV, LLC, a Nevada limited liability company; William Murdock, an individual,<br><br>Defendants. | Case No. 2:23-cv-01703-CDS-EJY<br><br>**ORDER** |

Pending before the Court is the second proposed Stipulated Discovery Plan and Scheduling Order submitted by the parties. ECF No. 12. For reasons the Court does not understand, the parties seem not to grasp that they did not present an agreement to stay discovery when they filed their first proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 10). There was no mention, let alone a discussion, of a stay of discovery in that filing. *Id*. In the parties instant filing, they expressly state no stay of discovery is requested. ECF No. 12 at 2. The parties do seek a date for a settlement conference. *Id*.

Accordingly, IT IS HEREBY ORDERED that the second proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that this case will be set for a settlement conference in a separate order of the Court.

Dated this 16th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1