MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**VC2 LAW**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
garrett@vc2law.com
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROUTE CONSULTANTS, INC., a Tennessee corporation; Crypto Quo, LLC, a Tennessee limited liability company; and BLOCKLEAF LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>E3 NV, LLC, a Nevada limited liability company; William Murdock, an individual<br><br>Defendants. | Case No.: 2:23-cv-01703-JCM-EJY<br><br>**STIPULATED REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>(First Request) |

Plaintiffs (as listed in the above caption) and Defendants (as listed in the above caption) (collectively, the "Parties"), by and through their undersigned counsel of record, submit this Stipulated Request for Extension of Discovery, pursuant to FRCP 6(b) and 16(b), as well as LR 26-3 and LR IA 6-1.

WHEREAS, this is the Parties' first request for an extension of discovery deadlines.

WHEREAS, on February 16, 2024, the Court entered an Order granting the second proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 13), such that the following cutoff dates currently apply:

Discovery Cut-Off – September 20, 2024

Amend Pleadings and Add Parties – June 21, 2024

Expert Disclosures – July 22, 2024

Rebuttal Expert Disclosures – August 21, 2024

Dispositive Motions – October 21, 2024

Proposed Joint Pretrial Order – November 20, 2024, or 30 days after the final dispositive motions is ruled upon.

WHEREAS, pursuant to LR 26-3, the Parties agree on the following:

(a) **Statement of discovery completed:** The following discovery has been completed:

- Disclosures
    - Plaintiff Blockleaf LLC initial disclosures served March 5, 2024.
    - Defendants initial disclosures served March 18, 2024; first supplement served March 22, 2024; second supplement served April 19, 2024; and third supplement served June 10, 2024.
    - Plaintiff Route Consultants Inc., and Crypto Quo, LLC initial disclosures served July 8, 2024.
- Written Discovery
    - Discovery Responses from Defendants to Plaintiffs first set of Interrogatories, Admissions and Production of Documents served March 11, 2024.

(b) **Discovery that remains to be completed:** The discovery that remains to be completed includes the following primary items (without prejudice to additional items that may arise as discovery continues):

- Depositions:
    - Defendant William Murdock (currently scheduled for July 22, 2024)
    - Plaintiff Blockleaf LLC
    - Plaintiff Route Consultants Inc.

- - Defendant E3 NV LLC
  - Experts (to be determined)
- Written Discovery from Defendants to Plaintiffs
- Expert Disclosures
- Rebuttal Expert Disclosures

(c) **Reasons why deadline not satisfied or remaining discovery not completed:** Plaintiffs and Defendants have made diligent efforts to pursue discovery they need to meaningfully prepare for trial. This request is made in good faith and for the following reasons.

Defendants were in the process of relocating from Mound House, Nevada to Skiatook, Oklahoma. The Nevada warehouse was 55,000 square feet. The new warehouse is located in an 80,000 square foot unit which holds the necessary in-house cranes. This relocation process began November 2023 and there are still substantial amounts of crates and storage units which remain unpacked.

The computer system was deactivated late January 2024. The move was substantially delayed due to weather throughout the Rockies and Mid-West. The total delay for all shipments was substantial. As a result of that delay, the Defendants were unable to access its computer system which has yet to become fully operational. There were documents which only recently were able to be retrieved from the reestablished computer within the past week weeks.

The additional time requested is to allow the completion of discovery, expert reports and to finalize the discovery process. Additionally, Counsel for Defendants has been dealing with a recently diagnosed personal family related matter from a sibling causing him to be absent from the office to deal with the same.

Furthermore, the availability of the Parties for depositions has fluctuated causing Counsel to reschedule the depositions multiple times. There is currently

one deposition set for July 22, 2024. The Parties are in the process of setting at least two additional depositions. The information that the Parties intend to obtain during the deposition may be needed for the experts to put together a report. Therefore, additional time is necessary for the Parties to complete discovery.

(d) **Proposed schedule for completing all remaining discovery:** In light of the above, and for good cause showing, the Parties propose the following schedule for completing all remaining discovery:

- Discovery Cut-Off – November 21, 2024
- Expert Disclosures – August 21, 2024
- Rebuttal Expert Disclosures – October 21, 2024
- Dispositive Motions – January 10, 2025
- Proposed Joint Pretrial Order – February 10, 2025, or 30 days after the final dispositive motions is ruled upon.

WHEREAS, pursuant to LR 26-3 there is good cause to continue the deadlines even though this request is within 21 days of the current expert deadline.

WHEREAS, this is the first request for an extension by the Parties, and good cause supports an extension of approximately 30 days to the Expert Disclosure deadline and 60 days to the remaining cutoff dates,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that the below-listed proposed schedule should govern this case, without prejudice to requests for further extensions for good cause:

Discovery Cut-Off – November 21, 2024

Expert Disclosures – August 21, 2024

Rebuttal Expert Disclosures – October 21, 2024

Dispositive Motions – January 10, 2025

Proposed Joint Pretrial Order – February 10, 2025, or 30 days after the final dispositive motions is ruled upon.

DATED this 18th day of July 2024.

| Respectfully submitted by: | Approved as to form and content by: |
|---|---|
| **VC2 LAW** | **WILEY PETERSEN** |
| */s/ Garrett R. Chase* | */s/ Jonathan D. Blum* |
| MICHAEL C. VAN, ESQ. | JONATHAN D. BLUM, ESQ. |
| Nevada Bar No. 3876 | Nevada Bar No. 9515 |
| GARRETT R. CHASE | 1050 Indigo Drive, Suite 200B |
| Nevada Bar No. 14498 | Las Vegas, Nevada 89145 |
| 8985 S. Eastern Ave. Suite 100 | *Counsel for Blockleaf LLC* |
| Las Vegas, Nevada 89123 | |
| *Counsel for Defendants* | |

**BALLARD SPAHR LLP**

*/s/ Joseph Dagher*
JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
JOSEPH DAGHER, ESQ.
Nevada Bar No. 15204
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Route Consultants Inc. and Crypto Quo, LLC*

**IT IS SO ORDERED this 18th day of July, 2024.**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE