Colleen E. McCarty
Nevada Bar No. 13186
Joseph E. Dagher
Nevada Bar No. 15204
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
mccartyc@ballardspahr.com
dagherj@ballardspahr.com

*Attorneys for Route Consultants, Inc. and Crypto Quo, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROUTE CONSULTANTS, INC., a Tennessee corporation; Crypto Quo, LLC, a Tennessee limited liability company; and BLOCKLEAF LLC<br><br>Plaintiffs,<br><br>v.<br><br>E3 NV, LLC, a Nevada limited liability company; William Murdock, an individual<br><br>Defendants. | Case No.:   2:23-cv-01703-CDS-EJY<br><br>**MOTION TO REMOVE FROM ECF NOTIFICATIONS AND NOTICE OF DISASSOCIATION OF COUNSEL** |

.TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Joel E. Tasca, Esq. is no longer associated with Ballard Spahr LLP, counsel of record for Plaintiffs, Route Consultants, Inc. and Crypto Quo, LLC (collectively, "Plaintiffs"). Colleen E. McCarty, Esq. and Joseph E. Dagher, Esq. of Ballard Spahr LLP will remain counsel of record for Plaintiffs.

/ / /

/ / /

Accordingly, please remove Mr. Tasca from the ECF service and notification list.

Dated: January 15, 2025

BALLARD SPAHR LLP

By: /s/ Colleen McCarty
Colleen E. McCarty
Nevada Bar No. 13186
Joseph E. Dagher
Nevada Bar No. 15204
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

IT IS SO ORDERED:

_____
United States Magistrate Judge

Date: January 15, 2025

2