1  Colleen E. McCarty
   Nevada Bar No. 13186
2  Joseph Dagher, Esq.
   Nevada Bar No. 15204
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   mccartyc@ballardspahr.com
6  dagherj@ballardspahr.com

7  *Attorneys for Route Consultants, Inc. and*
   *Crypto Quo, LLC*
8

9

10              UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12  ROUTE CONSULTANTS, INC., a                    CASE NO.  2:23-cv-01703-CDS-EJY
    Tennessee corporation; Crypto Quo, LLC,
13  a Tennessee limited liability company; and
    BLOCKLEAF LLC                                 STIPULATION AND ORDER
14                                                REQUESTING REMOTE
                                                  APPEARANCE AT SETTLEMENT
15          Plaintiffs,                           CONFERENCE

    v.
16
    E3 NV, LLC, a Nevada limited liability
17  company; William Murdock, an individual

18          Defendants.

19

20

21          Plaintiffs Route Consultants, Inc. ("RC") and Crypto Quo, LLC ("Crypto

22  Quo"),by and through their counsel of record, hereby respectfully request that

23  Kathryn Grundy, the client representative for RC. and Crypto Quo, be permitted to

24  appear remotely via zoom or other mechanism at the settlement conference

25  scheduled for January 30, 2025 at 9:00 a.m. Ms. Grundy is based in Tennessee and

26  her schedule does not permit her to appear in person next week, but rather through

27  virtual means, including via Zoom and telephone.

28  Dated:  January 22, 2025

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

Wiley Petersen

By:  /s/ Jonathan D. Blum
Jonathan D. Blum, Esq.
Nevada Bar No. 9515
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
jblum@wileypetersenlaw.com

Attorneys for Blockleaf, LLC

VC2Law

By:  /s/  Michael C. Van
Michael C. Van
Nevada Bar No. 14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
(702) 478-7770
Michael@vc2law.com

Attorneys for Defendant E3NV LLC

BALLARD SPAHR LLP

By:  /s/ Colleen E. McCarty
Colleen E. McCarty
Nevada Bar No. 13186
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Attorneys for Route Consultants, Inc. and
Crypto Quo, LLC

## ORDER

IT IS HEREBY ORDERED that the Stipulation Requesting Remote Appearance at Settlement Conference (ECF No. 36) is GRANTED; provided, however, that counsel for Plaintiffs **must** bring to the settlement conference a computer with the necessary programming or application to allow counsel to connect via zoom or other video conference platform with Kathryn Grundy, the representative for Route Consultants, Inc. and Crypto Quo, LLC, for the entirety of the settlement conference.  Failure to do so will be a violation of this Court's Order and result in sanctions.

_____
U.S. MAGISTRATE JUDGE

Date:  January 23, 2025

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

2