UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Route Consultants, Inc., et al., | Case No. 2:23-cv-01703-CDS-EJY |
| Plaintiffs | **Order Directing Parties to File Proposed Joint Pretrial Order** |
| v. | |
| E3 NV, LLC, et al., | |
| Defendants | |

Plaintiffs Route Consultant, Inc., Crypto Quo, LLC, and Blockleaf LLC and defendants E3 NV, LLC, and William Murdock filed a joint status report indicating that, due to a breakdown in the settlement negotiations, their mediation was cancelled. ECF No. 58. The parties request to maintain the August 17, 2026 trial date; however, they have not yet filed a proposed joint pretrial order.

It is therefore ordered that the parties must prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by July 2, 2026.

Dated: June 5, 2026

_____
Cristina D. Silva
United States District Judge