JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

Michael J. Malouf, Jr., Esq. (admitted pro hac vice)
Mississippi Bar No. 10466
**MALOUF & MALOUF, PLLC**
501 East Capitol Street
Jackson, MS 39201
Telephone: 601.522.2222
mikejr@malouf.law

*Attorneys for Blockleaf, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROUTE CONSULTANTS, INC., a Tennessee corporation; CRYPTO QUO, LLC, a Tennessee limited liability company; and BLOCKLEAF LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>E3 NV, LLC, a Nevada limited liability company; WILLIAM MURDOCK, an individual,<br><br>Defendants. | CASE NO.: 2:23-CV-01703-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE PROPOSED JOINT PRETIAL ORDER [FIRST REQUEST]** |

Plaintiffs Route Consultants, Inc. ("RC"), Crypto Quo, LLC ("Crypto Quo"), and Blockleaf, LLC ("Blockleaf") and Defendants E3 NV, LLC ("E3") and William Murdock ("Murdock") and (collectively referred as the "Parties"), by and through their undersigned counsel of record, hereby submit this Stipulated Request for the Parties to File a Proposed Joint Pretrial Order.

1. WHEREAS, on June 5, 2026, this Court entered an Order Directing Parties to File Proposed Joint Pretrial Order ("Pretrial Order") by July 2, 2026 (ECF No. 59).

2. WHEREAS, the Parties have begun working on the Joint Pretrial Order but are simultaneously discussing settlement.

3. WHEREAS, the Parties seek a one-week extension to the deadline to file the Pretrial Order, for

1

purposes of further facilitating settlement discussions, as well as completing the significant amount of work needed to complete the Pretrial Order.

4. WHEREAS, the Parties therefore request that the deadline for Parties to file the Pretrial Order be extended to July 9, 2026.

5. WHEREAS, this is the first requested extension and is made in good faith, and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 2$\mathcal{U}$ day of June, 2026.

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

Michael J. Malouf, Jr., Esq.
Mississippi Bar No. 10466
**MALOUF & MALOUF, PLLC**
501 East Capitol Street
Jackson, MS 39201
Telephone:  601.522.2222
mikejr@malouf.law

*Attorneys for Blockleaf, LLC*

DATED this 26th day of June, 2026.

**VC2 LAW**

*/s/ Michael C. Van*

_____
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE
Nevada Bar No. 14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
garrett@vc2law.com

*Counsel for Defendants*

DATED this 26th day of June, 2026.

**BALLARD SPAHR LLP**

*/s/ Colleen E. McCarty*

_____
COLLEEN E. MCCARTY, ESQ.
Nevada Bar No. 13186
JOSEPH E. DAGHER, ESQ.
Nevada Bar No. 15204
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
mccartyc@ballardspahr.com
dagherj@ballardspahr.com

*Attorneys for Route Consultants, Inc.
and Crypto Quo, LLC*

## ORDER

Based upon the Parties' Stipulation, the Court finds as follows:

**IT IS HEREBY ORDERED ADJUDGED AND DECREEED** that the Stipulation is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline for the Parties to File a Proposed Joint Pretrial Order be extended to July 9, 2026.

IT IS FURTHER ORDERED that the parties are reminded to submit stipulations in compliance with LR IA 6-2 in the future.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 27, 2026

3